# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARLISE BOYER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-CV-59-SMY-GCS |
| KROGER LIMITED PARTNERSHIP, | ) ) ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Plaintiff Marlise Boyer's *pro se* Complaint was dismissed without prejudice and with leave to file an amended complaint on April 4, 2019 (Doc. 4). Boyer was directed to file her amended complaint and a renewed motion to proceed *in forma pauperis* by May 6, 2019. The deadline was extended to June 7, 2019 on Boyer's motion (Docs. 5 and 6). Boyer was warned that the failure to file the documents by the deadline would result in dismissal of this action with prejudice for failure to comply with a court order and/or failure to prosecute. Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). As of the date of this Order, Plaintiff has filed neither pleading. Accordingly, this action is **DISMISSED with prejudice** for failure to prosecute and the Clerk of Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

DATED: December 5, 2019

**STACI M. YANDLE**
**United States District Judge**